UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 08-MJ-407 |
| | : | |
| v. | : | |
| | : | |
| ERIC JUSTIN TOTH | : | |
| Defendant. | : | |

**FILED**
MAY 06 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## PROTECTIVE ORDER FOR MINORS

Having reviewed the government's Unopposed Motion for a Protective Order for Minors, and pursuant to 18 U.S.C. § 3509,

It is this __3rd__ day of __May__, 2013;

ORDERED that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall comply with the confidentiality requirements of 18 U.S.C. § 3509(d)(1) & (2) with regard to any and all discovery and evidence, documentary and non-documentary, that includes any identifying information about a minor victim or witness;

IT IS FURTHER ORDERED that the parties and the witnesses shall not disclose any minor victims' or witnesses' names in any pleading or at any proceeding in this case, but shall refer to any minor victims or witnesses by a designated identifier assigned by the government.

_____
United States Magistrate Judge for the
District of Columbia

1