UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | |
| ERIC JUSTIN TOTH, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2251(a) |
| | : | (Production of Child Pornography) |
| | : | 42 U.S.C. § 408(a)(7)(B) |
| | : | (Misuse of a Social Security Number) |
| | : | 18 U.S.C. §§ 1028(a)(6), (b)(2)(A) |
| | : | (Identity Theft) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 20, 2005, in the Western District of Wisconsin, the defendant, **ERIC JUSTIN TOTH**, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 1, a minor male child less than 12 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and in and affecting interstate commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported using any means and facility of interstate commerce and in and affecting interstate commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about May 14, 2006, in the District of Columbia, the defendant, **ERIC JUSTIN TOTH**, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 2, a minor male child less than 12 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and in and affecting interstate commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported using any means and facility of interstate commerce and in and affecting interstate commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT THREE

On or about August 23, 2007, in the District of Maryland, the defendant, **ERIC JUSTIN TOTH**, , did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 2, a minor male child less than 12 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and in and affecting interstate commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported using any means and facility of interstate commerce and in and affecting interstate commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT FOUR

Between on or about July 1, 2009, and on or about October 24, 2012, in the Western District of Texas and elsewhere, the defendant, **ERIC JUSTIN TOTH**, for the purpose of obtaining something of value from any person, and for other purposes, knowingly, willfully and with the intent to deceive, made materially false statements to two employers located in Austin, Texas, and falsely and fraudulently represented his Social Security Number to be xxx-xx-0202, then well knowing that Social Security Number xxx-xx-0202 had in fact not been assigned to him by the Commissioner of the Social Security Administration or any other proper authority, but had been assigned to another individual whose name and personal identifying information the defendant used.

(**Misuse of a Social Security Number**, in violation of Title 42, United States Code, Section § 408(a)(7)(B))

## COUNT FIVE

Between on or about October 18, 2012, and on or about April 20, 2013, in the Western District of Texas, the Southern District of Florida, and elsewhere, the defendant, **ERIC JUSTIN TOTH**, did knowingly possess an identification document and authentication feature, to wit, a United States Passport, that is and appears to be an identification document and authentication feature of the United States which is stolen and produced without lawful authority, knowing that such document and feature was stolen and produced without such authority.

(**Identity Theft**, in violation of Title 18, United States Code, Sections 1028(a)(6), (b)(2)(A))

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

_____
CASSIDY KESLER PINEGAR
Assistant United States Attorney
DC Bar No.490163
U.S. Attorney's Office
555 4th Street, N.W., Room 10-812
Washington, D.C. 20530
202-252-7765
Cassidy.Pinegar@usdoj.gov