# EXHIBIT 1

The Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
300 Constitution Avenue NW
Washington, DC 20001

February 01, 2014

Dear Judge Contreras:

    Thank you for the opportunity to share these thoughts with you. I've helped a number of people write "letters to the judge," and I've found that almost all of them have tried to spin a story, downplay their crimes, or play up their more charitable deeds. I plan to eschew all of those approaches in hopes or letting you know who I am, perhaps a bit about why I did what I did, how I feel about my crimes, and what I hope to accomplish moving forward.

    By age 13, I had a strong sense of my sexuality—what the psychiatric diagnostic manual calls pedophilia (preferential type). I knew society considered people like me monsters, so I swore myself to secrecy: I would never tell anyone about my attraction to preadolescent boys.

    In committing myself to concealing my sexual orientation, I never sought help—and depression, delusions, and compulsions festered in its absence. As I approached adulthood, I concocted an untenable "moral" framework under which I could never sexually penetrate a child but could pursue other forms gratification—pictures in particular—as long as victims remained unaware.

    At 18, I initially pursued a career as a naval officer through NROTC, but after being physically disqualified from service I eventually convinced myself that I could spend my life around children without hurting them. Later, as a fugitive, I decided I could best atone for my crimes by starting over as a "good" and productive member of society. Arrogant as ever, I thought I could rehabilitate myself.

    While I was on the run, I learned from working with alcoholics that they have a saying in 12 Step programs: "Don't trust your brain. It's trying to kill you." I feel much the same. For years, my brain manufactured one justification after another for giving into my sexual urges. In more recent years, I've worked hard to change that and will continue to work on it in prison. In my heart of hearts, I've always known my urges are dangerous. That intuition has probably kept me from pursuing any actual sexual relationships with boys, but it wasn't strong enough to prevent the pain I inflicted on my eventual victims.

    Over the years, I've professed commitment, affection, and even love for the children and families I went on to take such egregious advantage of. I wonder... how can I ever make such an abuse right? What redemption can there be for betraying the people who put such deep trust in me? I wish I had answers, but I will continue searching and praying for them.

    "Victim 2" is but one example among many of the people I betrayed. His parents trusted me as much as anyone: with their children, their vulnerabilities, and with many of their most intimate family

moments. In fact, they considered me family, as I did them. Yet, I still betrayed them, and—even worse—their son, by taking explicit photos in their own home. For "Victim 2," as well as every other victim of mine, I can only imagine what it was like as they learned what I did. What nightmares, pain, and cynicism have I bred? Or, if the parents tried to shield their children from my crimes, what toll did their vigil take?

I wish I could somehow punish myself into absolution, but I know punishment alone is not nearly enough. I must discover how to live the rest of my life honorably and find ways to make one small act of atonement after another. Accordingly, I feel obliged to admit that I likely need some manner of supervision for the rest of my life. It has never been my goal to hurt people—quite the opposite, in fact—but left to my own devices, without anyone to help hold me accountable, I seem prone toward that path regardless of my intentions.

Your Honor, your role is certainly to punish me, but I also understand that you have a part in my rehabilitation. Please, as you consider what to require of me, do not spare any treatment options, counseling, or other programs that might help. I hope to spend my time in prison as productively as possible: doing personal development and reflection, getting all the support I can, and also giving back—hopefully by tutoring, doing whatever I can to help people who have had fewer educational opportunities than I have, and modeling kindness and generosity whenever possible.

During my PSI, the probation officer asked me what my post-release plans were. I said, "Find a house in the country, tend a large organic garden, and train seeing eye dogs." Ironically, she told me that Fort Dicks (and possibly other institutions) has just such a dog training program. That is an example of something I could do that would give me a greater sense of purpose, empathy, and responsibility—all traits my therapist here has told me are key to not reoffending.

To conclude, I apologize as deeply and fervently as I can and take full responsibility for my actions. To my victims—to all of the children and family whose trust I betrayed, and whose lives I turned upside down—I can only reiterate and reaffirm both my guilt and remorse. In doing so, I submit myself for judgment and punishment and commit the rest of my life to doing penance, to kindness and decency, and to honest and perpetual accountability.

Very Respectfully,

*Eric J. Toth*

Eric Toth