Case 1:13-cr-00313-RC   Document 25-2   Filed 02/24/14   Page 1 of 11

# EXHIBIT 2

Joel Stewart

The Honorable Judge Rudy Contreras
United States District Court for the District of Columbia
Washington, DC 20004

Dear Judge Contreras:

My name is Joel Stewart, and I wish to relate to the court the observations of my personal relationship with Eric Toth. I consider Eric a friend, and I knew him well for over two years, between 2010 and 2012. Let me share with candor that because Eric was not apparently connected at that time with his family and origins, that he came into our community without apparent references, I did not automatically place my trust in him.

What I came to know, however, is that Eric consistently acted to better the lives of those around him, moreover the well-being of our community and society in general. He clearly cares about how well people are informed, how richly they live their lives, and how well they are educated. He has demonstrated to me, again and again, that where he can influence people to take the actions that will make them more happy, healthy, and prosperous, he will do so. He is giving of his time and resources toward those ends. I think this is what I have observed above all – that Eric helps others in every way that he can.

Eric is also considerate, pleasant, and intelligent. He gives excellent advice, and is steady in his reasoning. As I think about his character, I realize that I have not once heard him express any bad feelings towards another person. This seems to me a remarkable quality. These are qualities that I want to see in those around me.

In recognition of the weighty considerations that the court must make, and without any real personal knowledge of what rehabilitative methods are at the court's disposal, I would humbly urge the court to consider the advantages of returning Eric at the earliest responsible opportunity to a productive place in society, because I truly believe that he is someone who when it is all said and done will have made a distinct positive contribution.

Respectfully,

*[signature]*  2/11/14

Joel Stewart

The Rev. Dr. Leroy Fassett
Pastor Emeritus, First Presbyterian Church

January 2, 2014

The Honorable Judge Rudy Contreras
United States District Court for the District of Columbia
Washington, D.C. 20004

Dear Judge Contreras:

Reference is to the case of Eric Toth, DCDC # 337711.

As a friend of Eric and Eric's family, I write in support of consideration for leniency in his case. I write to express my experience of Eric as a person, in spite of the behavior which has been exhibited in the charges which have led him to your court. I have spent considerable time with Eric's family both professionally and personally, and they are exemplary citizens of Highland and the larger community.

I first became acquainted with Eric when he was a sophomore or junior in high school and was chosen and honored to attend a special residential lab school program at Ball State University in Muncie, IN. He finished that two year residential program and graduated. He later graduated with a bachelor's degree in education from Purdue University Calumet in Hammond, IN.

During the time that Eric was a student at Purdue he joined the Woodmar Kiwanis Club in Hammond, IN and became Vice President. While a member of that club he joined in many charitable programs with members.

It was my opportunity on some occasions, prior to Eric's move to Washington, D. C. to enter into personal, private conversations with Eric. I found him to be a compassionate and sensitive person, with keen insight into human nature. He was, in my opinion, committed to making the world a better place as he journeyed through life. Having corresponded with him since his incarceration I understand that he displayed that compassion for his fellow humans by working at times in such agencies as homeless shelters, even while he himself was "on the run."

It is respectfully requested of your honor that his positive aspects be weighed when considering the sentencing for the behavior of which he is accused. I think that Eric will become a strong and positive person in any community in which he resides when he is given his freedom in future

years. Thank you for you kind consideration.

Sincerely yours,


Leroy Fassett

The Honorable Judge Rudy Contreras

United States District Court for the District of Columbia

Washington, DC 20004

Dear Judge Contreras:

My name is Joel Stewart, and I wish to relate to the court the observations of my personal relationship with Eric Toth. I consider Eric a friend, and I knew him well for over two years, between 2010 and 2012. Let me share with candor that because Eric was not apparently connected at that time with his family and origins, that he came into our community without apparent references, I did not automatically place my trust in him.

What I came to know, however, is that Eric consistently acted to better the lives of those around him, moreover the well-being of our community and society in general. He clearly cares about how well people are informed, how richly they live their lives, and how well they are educated. He has demonstrated to me, again and again, that where he can influence people to take the actions that will make them more happy, healthy, and prosperous, he will do so. I think this is what I have observed above all – that Eric helps others in every way that he can.

Eric is also considerate, pleasant, and intelligent. He gives excellent advice, and is steady in his reasoning. As I think about his character, I realize that I have not once heard him express any bad feelings towards another person. This seems to me a remarkable quality.

In recognition of the weighty considerations that the court must make, and without any real personal knowledge of what rehabilitative methods are at the court's disposal, I would humbly urge the court to consider the advantages of returning Eric at the earliest responsible opportunity to a productive place in society, because I truly believe that he is someone who when it is all said and done will have made a positive contribution.

Respectfully,

Joel Stewart

Joel Stewart
**Austin PC Experts**

The Honorable Judge Rudy Contreras

United States District Court for the District of Columbia

Washington, D.C. 20004

Dear Judge Contreras:

It has been 14 years since I have seen Eric Toth. He was a teacher's aid for my 5th grade class at Harding Elementary. I do not remember much except for some memories that have stuck with me through the years. One being that I remember he was tall and I always had to look up at him, and that is exactly what I did, I looked up to him. The second memory being that in 5th grade as a project the entire 5th grade class had to participate in this exercise where we children got to learn the meaning of segregation, discrimination, and racism. At the beginning of the day each kid was given an index card. We were either given yellow or pink. If you were lucky enough to get a yellow card, you were "white", if you got pink you were considered "black" and thus the day began. I was unlucky and got pink to start. For half the day I was treated as a lesser being and separated from all the kids with yellow cards. I was upset and hurt, but my turn was coming up to be yellow. When that time came I went up to Mr. Toth and I asked him if I could still be nice to the pink people even if I was yellow, and he looked at me and said "Brittany, follow me". We went into the hallway and he crouched down, looked me in the eye and told me he was proud of me. He was proud of me for being nice when the other kids were mean, that just because I was yellow I didn't act like I was better. That day he taught me that it was alright to follow what you believe, because it was how I felt that matters and not everyone else. That moment has influenced who I am today and I remember that day as if it were yesterday. I'm 19 years old now and I thank Eric Toth for teaching me that it's ok to believe it what you think, and that you don't have to do what everyone else is. I thank him for making impact on my life and influencing me to be a kinder and better person.

Sincerely,

Brittany Wallace

The Honorable Judge Rudy Contreras
United States District Court for the District of Columbia

Washington, D.C. 20004

Dear Judge Contreras:

I am Eric Toth's sister Kelsy Toth. I was very devastated when I found out what happened to my brother because I am so close to him. He is such a wonderful, loving, caring, and knowledgeable person. I am so blessed to have him in my life, and it's a bonus to say he's my brother. I had a difficult childhood growing up with some home issues, anxiety, and school but my brother was always there to help sooth the tension and help me with whatever I needed. Currently I am a junior in college and it is quite stressful. Whenever I get the chance to talk to my brother he always has the right words to calm me down and motivate me to get through the semester. Remembering back before his journey, he always had the warmest hugs anyone could ever receive and most caring look in his eyes. That was enough to let me know that everything was going to be okay no matter what the situation may have been. He is not a bad person at all despite what the media has said about him. I know Eric as a role model, and I look up to him. I know my brother will always be by my side no matter what life will throw at me and I am so proud to say Eric Toth is my brother because I know how great of a man he really is. God has truly blessed me by putting Eric in my life as my brother and I am so thankful for that. Our bond as brother and sister is so close and unique. We are so different yet the same on so many levels. His letters touch my heart and warm my soul, and hearing his voice on the phone makes me realize how much I truly miss him. He is one of the most important people in my life and always will be because of his warmth, compassion, love, and ability to help me in any situation.

Sincerely,

Kelsy Toth

 Eric Toth
clweaver1991
to:

01/02/2014 04:38 PM

Good afternoon, This is Charles Weaver, a friend of Kelsy Toth's and a couple times in my life, I've had her brother Eric Toth as a substitute teacher. I can honestly say that he is a good man. He does his best to give advice and guidance to students whether regarding a academic, social or personal problem. Also, with me and other students he wanted to make sure that we were aware of the choices that we were attempting to make and he always gave an alternative positive suggestion to make sure that students made their lives easy and fun as possible and wanting students to avoid having an undeserving hard life. I can honestly say from personal experience, that Eric Toth is a positive influence in regards of doing his best to make a difference in a young person's life. I hope this will help the positive image the I know Mr. Toth is. Thank you for taking the time to read this.

Gracie Tunnell-Braun

February 10, 2014

The Honorable Judge Rudy Contreras
United States District Court for the District of Columbia
Washington, DC 20004

Dear Judge Contreras:

Thank you for your time to review personal memories of Eric Toth. To view a person during a trial, is so different than to travel and live with a person day in and day out over years, as I have. I would like to argue for his release, but know that is only the job of his defense attorney. I would like to magically let your know how truly wonderful this young man is, but have only words and a limit as to what can be conveyed in these pages. I want to question the corrective systems which currently has Eric, as he calls it, in his "loud monastery" where he is teaching ESL and doing good in his usual some what saintly way. . . . But all I can do is share more, in writing, about who I am and what I know of Eric.

Here's our story:
In July of 2009, I went to a Rainbow Gathering; a national camping event celebrating World Peace on the 4th of July. I met Eric there. I choose to get to know him because he didn't have a big ego. He had a gentle, kind way about him. His actions seemed motivated by being of service, rather than getting praise. In our personal interactions, his speech was considered, intelligent and/or humorous. He didn't ever seem to be after anything from others. He enjoyed honesty and reflection. His perceptions and acceptance of others, as they were, was refreshing.

Towards the end of my stay there, he asked if I were open to him riding with me. I said yes, but wasn't sure of time lines. I was driving down to Austin, after seeing family in the Dallas area. He explained that he was comfortable taking the bus if our paths parted. He had time to explore the States, but didn't drive. As we were in the car together, I noticed that he preferred heart felt sharing over anything pretentious. He was a very interesting person to get to know.

When we landed in Austin, we lived first in South Austin and then North Austin. A lot is revealed about a person in sharing shopping, cooking, cleaning, and daily life. I consistently found Eric to be uninterested in letting the little things bother him. He was glad to do more than his share. He was generous, without ever coming across as if he were trying to earn or buy my friendship. He was a fun cook. He worked well with me in communicating creative ideas, preferences and such. Whether he was taking the lead, or I did, he was direct and clear.
In the northern home, we had a good hearted land lord, Joseph Nipper, who was an absolute slob in the kitchen. Literally, his mother would sometimes show up and clean his mess, but generally

Eric and I dealt with it. We used humor and other techniques to deal with the mess.
A little thing is that Eric and I used to go out for coffee and calamari at a local restaurant on Sunday afternoons, as was mutually convenient. I cherish those and the many times we spent together. Eventually, Eric moved to another home and I moved back to California. We stayed in touch through phone calls and email.

Generalized Opinions:
In general, the biggest complement which I can pay him is that I picked him for a friend. I enjoy my own sense of integrity, intelligence, and self reflection. Eric was interested in reflecting on his own sense of self and responsible living. He's one of those people whom I plan on keeping as a friend for life.

One of the very helpful things he did for me was financial. I had a debt. He maintained a balance in my bank account so that monthly payments could be made. I joked about this being an expensive "job finders fee" for him. I felt a bit awkward accepting his generosity, but felt that because I had offered him a ride and included him in my world, he wanted to help me, from his heart.

A point of great personal support, was Eric's support in creating a professional website for me. He used his programming skills to creatively adapt to my artistic requests. Then, he assisted me in learning editing techniques so that I could add to and modify the text in the website as I so choose. This was done out of friendship – no personal or monetary gain. He enjoyed helping me succeed at presenting myself.

Eric and I shared a naturally platonic friendship. Eric said he had a low libido. I observed Eric to be a non-sexual individual. He was honest about having an interest in men, though he hadn't had a relationship. In relationship to his crime, I can imagine him being curious. He is a very observant individual with a kind of child-like curiosity to him. I can NOT imagine him being predatory or an opportunist! He is very sensitive to others. I realize he crossed strong cultural taboos, but I've heard no evidence of malice or intent that there be a victim.

Community testament to who he is is that everyone liked him. Nobody I know, has any thing negative to say about him. Even after being arrested, nobody turned on him. Many that I spoke to about him, asked for his address to write him. As mentioned earlier, Joseph Nipper was Eric & my land lord and room mate in Austin. He spoke highly of Eric and recently asked for his address to write him personally. I told Joseph, at the time of our conversation, that I was writing down what he was saying. He was fine with being quoted. Following are comments made by Joseph Nipper during our phone conversation ½0/14. I reread the quotes to Joseph on 2/9/14 to confirm their accuracy. Joseph, whole heartedly affirms the following:
"I wish that there were more people like him. The world would be a better place."
"He gave people extra energy to encourage change, rather than impose unreachable expectations."
"He was willing to get involved and help out."
"Whether he needs full blown incarceration to change his world is of question."

Eric spent time with Joseph's kids. The kind and endless amount of love and attention which he

gave to those young adults is another example of the positive energy he put into those around him.

Personally, I like to consider myself a spiritual being having a human experience. Many get lost in the personal ego. Eric was choosing a conscious path of perspective; being of service to others.. He's a great person, in my book.

Judge Contreras, I deeply appreciate your time in reading and considering this reflection upon Eric Toth. Obviously, I believe that he deserves any leniency and respect possible. I consider him a positive member of society. Eric is a person who is smart enough to not be impressed by just intelligence; but respectful of sources of wisdom and supportive when he comes across good heartedness. He's the kind of person who I really appreciate having around.

Most sincerely,

Gracie Tunnell-Braun