

DAVID VYNER

March 11, 2014

The Honorable Rudy Contreras
US District Court for the District of Columbia
Washington, DC

**FILED**
MAR 11 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Contreras,

I hope this letter finds you in good health and spirits. I'm writing you regarding Mr. Eric Toth. I apologize that this letter is reaching you so late, but Mr. Toth and I were moved from the same housing unit and I did not have your contact information.

I know that the opinion of a humble inmate warrant the consideration of this honorable court, but I feel obligated to write on Mr. Toth's behalf and plead for mercy, as an ethical and compassionate human being. I don't know if you often receive letters from one inmate about another. I imagine it's rare since inmates usually look out for themselves, however this is an extraordinary case and Mr. Toth is not an ordinary person. He and I were housed together for five months and while I am not a psychologist, psychiatrist, or otherwise a mental health expert, I believe I can share several important observations.

Sometimes I have observed Mr. Toth as a caring, intelligent, outgoing person who tutored other inmates, listened to lonely people, read books to inmates who couldn't read, and acted as our unit spelling and grammar encyclopedia. Other times I saw him withdrawn for weeks, barely taking showers or tending to his personal needs. On other occasions he could be seen with a bed sheet around his shoulders, pretending to be a ghost. If someone closed his eyes, he would have believed he heard a 12 year old.

Everybody here knows Mr. Toth's crimes and their seriousness but I don't think prison is appropriate for him. Some sort of mental health facility or strict monitoring would be better for someone like Mr. Toth with the mind of a precocious child.

1901 E STREET SE
WASHINGTON, DC 20003

LET THIS BE FILED
3/11/2014

Sincerely,
D. V.